UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 21-01431-DOC- JDEx | Date | June 27, 2022 |
|---|---|---|---|
| Title | Veronica Rivera v. Medtronic USA, Inc. | | |

| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

  The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [22], hereby orders this action dismissed without prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

  Any pending Order to Show Cause is hereby discharged.

  .

                             _____ : _____

                   Initials of Deputy Clerk  kdu